The Honorable Sue Robinson

6-22-06

re: Ringgold v. Lamby
C.A. 06-368 SLR

Dear Judge Robinson,

Thank you for your filing fee order dated 6/13/06. I have done my best to comply with it and now enclose the signed Application to Proceed Without Prepayment of Fees and Affidavit and a copy of my Dept of Correction Inmate Account. It is not certified but it is an official State of Delaware Account statement kept in the ordinary course of business. I hope that's O.K. I hope the attachments are satisfactory. Please let me know if there's anything else the Court needs. Thank you.

*[signature]*
SBI# 382856
HRYCI

FILED JUN 28 2006 SUE L. ROBINSON U.S. DISTRICT JUDGE



Judge Sue Robinson
United States District Court
844 N. King street,
Wilmington, DE 19801

Wonnell Ringgold
SBI# 382856
P.O. Box 9561
Wilmington, DE 19809