AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

__Ringgold__
Plaintiff

v.

__Lamby__
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-368-SLR

I, __Wonnell Ringgold__ declare that I am the (check appropriate box)

(X) Petitioner/Plaintiff/Movant          ( ) Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  (X) Yes   ( ) No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Howard R. Young__

   Inmate Identification Number (Required): __#382856__

   Are you employed at the institution? __yes__  Do you receive any payment from the institution? __yes__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ( ) Yes   (X) No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __(not scanned)__

FILED JUN 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ( ) Yes   (X) No
   b. Rent payments, interest or dividends              ( ) Yes   (X) No
   c. Pensions, annuities or life insurance payments    ( ) Yes   (X) No
   d. Disability or workers compensation payments       ( ) Yes   (X) No
   e. Gifts or inheritances                             ( ) Yes   (X) No
   f. Any other sources                                 (X) Yes   ( ) No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. __Money from mother $ fifty dollars every 4 months, and I don't get $50.00 any more money cause my family can't afford it right now.__

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  (• • No)

If "Yes" state the total amount $ _____
NOTE→INMATE ACCOUNT 19 cents

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
• • Yes  (• • No)

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

~~MY SON~~ D.   R.   MY SON
K.   R.   MY DAUGHTER
SUPPORT: NONE

I declare under penalty of perjury that the above information is true and correct.

6-15-06                    [signature]
DATE                       SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  22Nd  day of  June , 2006 .

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE 19801
(BUSINESS ADDRESS)

# Memorandum

To:      Wonnell Ringgold  -Pod 2T

From:    Ms. Hill  (Business Office)

Date:    June 20, 2006

Re:      Response to your letter.

---

Mr. Ringgold,

Here is your resident account history per your request.

```
RESIDENT HISTORY REPORT                                                      Page 1 of 1

HRYCI
06/20/06 15:09
ST 007 / OPR JMH

SBI                   : 382856
Resident Name         : RINGGOLD, WONNELL
Time Frame            : 12/02/2005 06:32 - 06/20/2006 15:09

------------------------------------------------------------------------------------
Date         Time    Type              ST   OPR    Receipt #       Amount      Balance
------------------------------------------------------------------------------------

12/02/2005   06:32   Order             2    DDT    B90697            3.70       147.60
12/09/2005   08:20   Order             2    DDT    B91714           44.71       102.89
12/18/2005   18:44   Add               7    KTS    G8774            13.20       116.09
12/19/2005   10:10   Order             3    WLH    C9957            15.04       101.05
12/23/2005   07:56   Order             2    WLH    B93852           17.49        83.56
12/30/2005   07:21   Order             2    DDT    B94784            8.30        75.26
01/09/2006   05:48   Order             2    WLH    B95683           13.16        62.10
01/13/2006   07:01   Order             2    WLH    B96823            6.84        55.26
01/23/2006   05:50   Order             2    DDT    B97717            4.27        50.99
01/23/2006   06:58   Add               7    KTS    G9134            15.51        66.50
01/27/2006   09:16   Order             2    WLH    B98770            0.96        65.54
01/30/2006   10:10   Credit            3    WLH    C10854            0.50        66.04
02/06/2006   06:14   Order             2    DDT    B99906            7.64        58.40
02/10/2006   09:04   Order             2    DDT    B100831           4.20        54.20
02/17/2006   06:38   Order             2    DDT    B101994           9.99        44.21
02/21/2006   09:30   Order             3    WLH    C11124            6.05        38.16
02/21/2006   12:59   Add               7    KTS    G9476            14.85        53.01
02/27/2006   05:59   Order             2    DDT    B102983           8.74        44.27
03/02/2006   12:57   Withdrawal        6    kjg    F17212           20.00        24.27
03/03/2006   06:35   Order             2    WLH    B104008           3.30        20.97
03/14/2006   10:43   Order             3    WLH    C11434            3.28        17.69
03/15/2006   10:51   Add               7    bsp    G9690            15.51        33.20
03/31/2006   09:29   Order             2    DDT    B108378           4.33        28.87
04/03/2006   10:34   Add               4    SEA    D45017           80.00       108.87
04/07/2006   09:18   Order             2    DDT    B109452           4.41       104.46
04/18/2006   10:20   Add              10    bsp    J2558            16.50       120.96
04/21/2006   09:22   Order             2    DDT    B111617          10.61       110.35
04/28/2006   10:46   Order             2    DDT    B112683           9.95       100.40
05/01/2006   08:41   Credit            3    WLH    C12091            1.67       102.07
05/11/2006   10:06   Add              10    bsp    J3251            26.07       128.14
05/12/2006   07:36   Order             2    DDT    B114724          19.59       108.55
05/18/2006   12:21   Withdrawal        6    kjg    F19209           25.00        83.55
05/19/2006   09:57   Order             2    DDT    B115776           4.41        79.14
05/26/2006   10:05   Order             2    DDT    B116878          48.16        30.98
06/05/2006   09:02   Order             3    WLH    C12608            6.22        24.76
06/08/2006   14:08   Add              10    bsp    J3749            22.77        47.53
06/09/2006   06:44   Order             2    DDT    B118744          13.62        33.91
06/12/2006   06:27   Order             2    DDT    B118915          33.90         0.01
06/12/2006   08:43   Credit            3    WLH    C12729           13.62        13.63
06/16/2006   09:44   Order             2    DDT    B119824          13.44         0.19
```