#8/1/06

I would like to say, My NAME is Wonnell Ringgolds BTH 32886
I would like to explain A problem that I AM having
I AM no longer At GANDER Hill, Howard R. Young,
PRison. I'AM At C.U.O.P In SMYRNA, DelAWARE
In the MATTER, OF CASE # 06-3685LR, Ringgold
V. LAMby AN initial PARTIAL Filing Fee OF $11.14 shall
be Required. But I'AM At C.U.O.P. And WE ARE
Not Allowed to have ANY money HERE. ANY money
WE get goes to court cost, And FiveS. And
The money I cAME HERE with FROM GANDER Hill,
WAS tAKEN FROM ME, And put towArd my FineS,
I have Asked my counsler Miss WilliAmS HERE At
C.U.O.P For help in this MATTER, She explained
to ME to WRite Wendy Duval the person in charge
OF Acconting 'HERE At C.U.OP' to help me in this
MATTER. I have wrote Miss Wendy Duval HERE At
C.U.O.P In chARge OF Accounting (twice) 2 timeS
ASKing FOR A (6) Six month Account SummARy, And
Something In writing SAying I have NO money In My Accoun
And That I need it A.S.A.P. CAUSE I have A (DeAdline
And I WAS told she WAS the only person HERE to help me
And She hAS never wrote me BACK, Wendy Duval, Never,
Responded to my letterS, please Flip-over on BACK-

I Am NoT geTTing Any Help Here (, FoR NoBody )
I do noT Know whAT else. to do, Because my
FROM
Deadline is 8-11-06, Comming up ReAl FAsT.
So I Am wRiTing (explAining ) My pRoblem,
I do noT hAve Any (money ) AT All Now.
The $25.00 dollers, I hAd in my AccounT, WAs
tAken FRom me, When I goT Here to C. U. O. P.
In SmyRNA. And I Am noT geTTing No HelP
HeRe AT C. U. O. P. In This mATTeR, I don't Know
whAT else to do.

Thank You,
Wonnell Ringgold
SBI # 382856

P.S. But I would sTill veRy much
like to peRsue The mATTeR,

2006 AUG -4 PM 2: 57

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO Scanned



I/M Wendell Piggott

SBI# 322856

CENTRAL VIOLATION CENTER

P.O. BOX 5003

SMYRNA, DELAWARE 19977-5003

WILMINGTON DE 197

UNIT

03 AUG 2006 PM 3 L

OFFICE OF the Clerk
United States District Court
844 N King Street Lac K/Box 18
Wilmington, Delaware
19801-3570