IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WONNELL RINGGOLD,          )
                            )
      Plaintiff,        )
                            )
      v.                 )  Civ. No. 06-368-SLR
                            )
CORRECTIONS OFFICER LAMBY,  )
                            )
      Defendants.      )

**ORDER**

WHEREAS, plaintiff, Wonnell Ringgold, was incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware, at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on July 12, 2006, this court entered an order assessing an initial partial filing fee of $11.14 and requiring plaintiff to complete and return an authorization form (D.I. 7);

WHEREAS, on August 4, 2006, the court received a letter from plaintiff advising that he had been transferred to the Central Violation Center, Smyrna, Delaware, and that he no longer has any money in his account as it was used to pay his outstanding court costs and fines (D.I. 8);

WHEREAS, plaintiff attempted to obtain an accounting summary from the Central Violations Center, to no avail (D.I. 8);

WHEREAS, it is the court's understanding that an inmate can obtain his account statement from the Inmate Account Technician

at the Central Violations Center;

THEREFORE, at Wilmington this *25th* day of September, 2006,
IT IS HEREBY ORDERED that:

1.    Plaintiff is given **thirty days** from the date of this
order to obtain his account statement from the Inmate Account
Technician at the Central Violations Center.

2.    Upon receipt of the account statement the court will
recalculate the initial partial filing fee and issue a new filing
fee order.

**PLAINTIFF IS PLACED ON NOTICE THAT FAILURE TO TIMELY COMPLY
WITH THIS ORDER SHALL RESULT IN DISMISSAL OF THIS CASE WITHOUT
PREJUDICE.**

_____
United States District Judge