IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONNELL RINGGOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-368-SLR |
| | ) |
| CORRECTIONS OFFICER LAMBY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Wonnell Ringgold, was incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware, at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on September 26, 2006, the court entered an order for plaintiff to provide to the court, within thirty days from the date of the order, an account statement from the Inmate Account Technician at the Central Violations Center where he is currently housed (D.I. 9);

WHEREAS, the time has lapsed and plaintiff has not complied with the court's order of September 26, 2006;

THEREFORE, at Wilmington this 8th day of December, 2006, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or any remaining balance of the $350.00 filing fee. The clerk of the court is directed to send a copy of

this order to the appropriate prison business office.

                                             _____
                                             UNITED STATES DISTRICT JUDGE