Case Name: Ringgold V. hamby
Case number: 1:06-cv-368
Document number 10
Wonnell Ringgold
SBI # 382856

1-10-2007

FILED
JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I Wonnell Ringgold would like my case to be Re-opened as soon as possible please. I will never Rest or let this case go until Justice is Done. I would like to say I was moved from one prison, to another, When I was moved from Howard R. Young, To Central Violation Center, I had no Help-whats so ever, as to meeting the Requirement that was asked of me during that time and I did the best I could Do to my surrounding, I also wrote and explained that at the time of my stay at Central Violation Center I did not have access to the tool or information that was needed for me to continue Forward in my case. Then I was moved to plummer Center, I explained all this to my Counslee, And that the matter would be taken Care of. I was wondering what happen about this matter, And when I got this letter from my probation officer I was very up set And still am. To me this is a very serious matter, So please Re-open my case. Thank you

30275

*[signature]*

510 Buttonwood St
Wilmington, DE 19801
302) 656-8385