AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Wennell Ringgold_
Plaintiff

v.

_Corrections officer handy_
Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: _Civ. No. 06-368-SLR_

I, _Wennell Ringgold_ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant        ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):** _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    _Attach a ledger sheet from the institution of your incarceration showing at least the past six months transactions_

2.  Are you currently employed?    ☐ Yes    ☑ No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    _Incarcerated released (11-21-06)_

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

FILED
FEB - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.   Do you have any cash or checking or savings accounts?        ☐ Yes    ☐ No

     If "Yes" state the total amount  $_____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

                                                                 ☐ Yes    ☐ No

     If "Yes" describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

     DR, None

     I declare under penalty of perjury that the above information is true and correct.

     2-6-07                    _____
     _____                SIGNATURE OF APPLICANT
     DATE

**NOTE TO PRISONER:** · A Prisoner seeking to proceed without prepayment of fees shall submit an
affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate
institutional officer showing all receipts, expenditures, and balances during the last six months in your
institutional accounts. If you have multiple accounts, perhaps because you have been in multiple
institutions, attach one certified statement of each account.