**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

August 21, 2007

New Castle County-Civil Division

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      **Re:**    *Ringgold v. Lambey*
                **C.A. No. 06-368 (SLR)**

Dear Judge Robinson:

      This letter is to inform the Court that Defendant Lambey has no opposition to the scheduling order proposed by the Court. (D.I. 21).

      Respectfully submitted,

      /s/ Stacey Xarhoulakos

      Deputy Attorney General

cc:    Wonnell Ringgold (via First Class Mail)