IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONNELL RINGGOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-368-SLR |
| | ) |
| CORRECTIONS OFFICER LAMBY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this /0th day of October, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **October 15, 2007.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **January 15, 2008.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **February 15, 2008.** Answering briefs and affidavits, if any, shall be filed on or

before **February 29, 2008.** Reply briefs shall be filed on or before **March 7, 2008.**

                                          _____
                                          United States District Judge