IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WONELL RINGGOLD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-368-SLR |
| | ) | |
| CORRECTIONS OFFICER LAMBEY[1] | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Kelley Lambey by and through her undersigned counsel, and hereby move this Honorable Court to enter an Order granting her Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Stacey Xarhoulakos*
Stacey Xarhoulakos (#4667)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

Dated: February 15, 2008         *Attorney for Defendant Lambey*

---

[1] Improperly named as Lamby in the Complaint.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONELL RINGGOLD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-368-SLR |
| ) | |
| CORRECTIONS OFFICER LAMBEY[2] ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## **O R D E R**

**WHEREAS**, the Court having considered the Motion for Summary Judgment of the Defendant Kelley Lambey;

**WHEREFORE, IT IS SO ORDERED** this _____ day of_____, 2008 that the Defendant's Motion for Summary Judgment is GRANTED.

_____
United States District Judge

---

[2] Improperly named as Lamby in the Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed *Defendant's Motion for Summary Judgment* with the Clerk of Court using CM/ECF and I have mailed by United States Postal Service, the document to the following non-registered party at both of the following addresses:

Wonell Ringgold
SBI # 382856
HRYCI
P.O. Box 9561
Wilmington, DE 19809

*and*

510 Buttonwood St.
Wilmington, DE 19801

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for Defendant Lambey*