IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONNELL RINGGOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-368-SLR |
| | ) |
| CORRECTIONS OFFICERS LAMBY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 15th day of April, 2008, defendant having filed a motion for summary judgment on February 15, 2008 (D.I. 26);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

    1.    Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **May 16, 2008**.

    2.    Defendant may file and serve a reply brief on or before **June 2, 2008**.

                                                                              /s/ _____
                                                                             United States District Judge