IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONNELL RINGGOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-368-SLR |
| | ) |
| CORRECTIONS OFFICERS LAMBY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 15th day of April, 2008, defendant having filed a motion for summary judgment on February 15, 2008 (D.I. 26);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **May 16, 2008**.

2. Defendant may file and serve a reply brief on or before **June 2, 2008**.

United States District Judge



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

2008 MAY 21 PM 3:39

Wonnell Ringgold
510 Buttonwood Street
Wilmington, DE 19801

NIXIE        197   DE 1          00    05/19/08
             RETURN TO SENDER
             UNCLAIMED
             UNABLE TO FORWARD

BC: 19809001818      *1527-21130-15-38