**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| (302) 577-8500 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Fax: (302) 577-2496 | Fax: (302) 739-7652 | |
| Civil Division (302) 577-8400 | TTY: (302) 739-1545 | |
| Fax: (302) 577-6630 | | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:** New Castle County-Civil Division

June 4, 2008

The Clerk of the Court
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

        **Re:**    *Ringgold v. Lambey*
                  **C.A. No. 06-368 (SLR)**

Dear Clerk of the Court:

      On April 15, 2008, the Court ordered that an Answering Brief in response to Defendant Lambey's Motion for Summary Judgment was to be filed by May 16, 2008. (D.I. 28). Plaintiff has not filed an Answering Brief. Defendant Lambey thus waives her right to file a Reply Brief and the Motion for Summary Judgment is ripe for a decision.

      I remain available at the Court's convenience should anything further be required.

                            Respectfully submitted,

                            /s/ Stacey X. Stewart

                            Deputy Attorney General

cc:      Wonnell Ringgold (via First Class Mail)