IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONNELL RINGGOLD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-368-SLR ) |
| CORRECTION OFFICER LAMBY, | ) ) |
| Defendant. | ) ) |

# O R D E R

At Wilmington this 18th day of July, 2008, consistent with the memorandum opinion issued this same date;

  IT IS ORDERED that defendant's motion for summary judgment (D.I. 26) is granted. The clerk of the court is directed to enter judgment in favor of defendant and against plaintiff.

            _____
            United States District Judge