IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONNELL RINGGOLD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-368-SLR ) |
| CORRECTION OFFICER LAMBY, | ) ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of July 18, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Correction Officer Lamby and against plaintiff Wonnell Ringgold.

_____
United States District Judge

Dated: 7/21/08

_____
(By) Deputy Clerk